PMC/bw USAO# 2014R00430

FILED LODGED ENTERED RECEIVED
DEC 09 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** RDB-14-0577 |
| **v.** | **(Bank Robbery, 18 U.S.C. § 2113(a) and (f); Armed Bank Robbery, 18 U.S.C. § 2113(a), (d) and (f); Using, Carrying and Brandishing a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c); Felon in Possession of a Firearm, 18 U.S.C. § 922(g); Forfeiture,** 18 **U.S.C. § 924(d))** |
| **JOHN EDWARD HAYES,** | |
| **Defendant.** | |

FILED ENTERED
LODGED RECEIVED
DEC 09 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**...oOo...**

**INDICTMENT**

**COUNT ONE**

The Grand Jury for the District of Maryland charges that:

On or about February 3, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the PNC Bank, located at 1100 North Charles Street, Baltimore, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,631.00, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f).

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about February 18, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the Wells Fargo Bank, located at 860 N. Rolling Road, Catonsville, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $7,339.11, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f).

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about March 14, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the Wells Fargo Bank, located at 860 N. Rolling Road, Catonsville, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $3,520.00, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f).

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about April 21, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the Capital One Bank, located at 11261 New Hampshire Avenue, Silver Spring, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $2,700.00, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f).

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about April 28, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the Capital One Bank, located at 11241 Georgia Avenue, Silver Spring, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,107.00, more or less, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a) and (f).

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On or about May 1, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant, did, by force, violence and intimidation, take from the person and presence of employees of the SunTrust Bank, located at 10000 Baltimore National Pike, ~~Columbia~~ ELLICOTT CITY, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $1,400, more or less, belonging to and in the care, custody, control, management and possession of said bank; and in the course of committing said robbery, **JOHN EDWARD HAYES** did place in jeopardy the lives of the employees at said bank through the use of a dangerous weapon and device.

RJR [illegible]

CLH

18 U.S.C. § 2113(a), (d) and (f).

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges that:

On or about May 1, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

the defendant herein, did knowingly and intentionally use, carry and brandish a firearm, to wit: a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: armed bank robbery, as set forth in Count Six of this Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A).

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges that:

On or about May 6, 2014, in the District of Maryland,

**JOHN EDWARD HAYES,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one FEG, Model PA63, 9mm handgun, serial number BF171715, in and affecting commerce.

18 U.S.C. § 922(g)(1).

**FORFEITURE**

As a result of the offense set forth in Count Eight, the defendant,

**JOHN EDWARD HAYES,**

shall forfeit to the United States the firearm and ammunition identified in Count Eight and involved in that offense.

18 U.S.C. § 924(d).

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

SIGNATURE REDACTED

Date