AO 442 (Rev. 11/11) Arrest Warrant

2014 DEC 10 AM 8:50

DEC 09 2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 FEB -9 PM 1:34
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.
John Edward HAYES

Case No. RDB 14-0577

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Edward HAYES ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery, 18 U.S.C. § 2113(a) and (d); Armed Bank Robbery, 18 U.S.C. § 2113(a) (d) and (f); Use and Brandishing of a Firearm in or relation to Crime of Violence, Bank Robbery, 18 U.S.C. § 924(c); Felon in Possession of Firearm, 18 U.S.C. § 922(g)

Date: 12/09/2014

*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 12/10/2014 , and the person was arrested on *(date)* 2/6/2015
at *(city and state)* Baltimore, MD .

Date: 2/6/2015

*Arresting officer's signature*

Louie McKinney, Jr. / DUSM
*Printed name and title*