**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RECEIVED
USMS-[illegible] OPS
BALTIMORE, MD
2015 FEB -6 P 4:06

**UNITED STATES OF AMERICA** *

**vs.** * **Case No. RDB-14-0577**

**JOHN EDWARD HAYES** *

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 FEB -9 PM 1:34
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

**ORDER OF DETENTION BY AGREEMENT**

A hearing, having been held on this date, at which the defendant was represented by David Solomon, and the Government was represented by Assistant United States Attorney P. Michael Cunningham, it is

**ORDERED,** this 6th day of February 2015, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

[signature]

Timothy J. Sullivan
United States Magistrate Judge