**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *
*
*
v. * **Criminal No.: RDB-14-577**
*
*
**JOHN EDWARD HAYES** *
* * * * * * * * * * * * *

**ORDER**

It is hereby **ORDERED** this 17th day of March, 2015, that the Joint Motion To Exclude The Speedy Trial Act is hereby GRANTED for the period from February 5, 2014 through April 27, 2014. The Defendant has a trial date of June 1, 2015.

[signature]
JUDGE RICHARD D. BENNETT
United States District Court Judge