IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *

VS. * CRIMINAL NO.: RDB-14-577

JOHN EDWARD HAYES *

Defendant *

*************************************************************************

**MOTION TO SUPPRESS ORAL AND WRITTEN STATEMENTS**

**John Edward Hayes,** Defendant, by his/her Attorney, David R. Solomon, Esquire, moves to suppress any and all oral and written statements alleged by the United States to have been made by the Defendant and for grounds therefore says:

1. The statements that are subject to this Motion include any and all oral and written statements that the United States contends were made by the Defendant at any time.

2. Reasons for suppression:

a) The alleged oral and written statements are not the statements of the Defendant;

b) The alleged oral and written statements are not the voluntary statements of the Defendant;

c) The alleged oral and written statements contain statements from the Defendant in violation of his rights under the United States Constitution;

d) The alleged oral and written statements were obtained from the Defendant without proper advice and waiver of his constitutional rights as required by law;

e) The alleged oral and written statements are otherwise illegal, inadmissible and prejudicial to the rights of the Defendant in the trial of the instant case;

f) The Defendant was not advised of his right to counsel prior to making of said alleged oral and written statements and was not, in fact, represented by counsel at the time they were allegedly made; and,

g) And for such other and further reasons to be set forth at the hearing in this Motion.

**WHEREFORE**, Defendant, **John Edward Hayes,** prays that:

a) This Court schedule a hearing on this Motion;

b) This court order that any and all oral and written statements alleged to have been made by the Defendant be suppressed at the trial of his/her case; and,

c) For such other and further relief as the nature of Defendant's cause any require.

Respectfully submitted,

DAVID R. SOLOMON, ESQUIRE
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No. : 410-625-1028
Attorney for Defendant

## STATEMENT OF GROUNDS AND AUTHORITIES

1. Miranda v. Arizona, 384 U.S. 436 (1966)
2. Colorado v. Connelly, 479 U.S. 157 (1986)
3. United States v. Cooper, 800 F.2d 412 (4th Cir. 1986)
4. United States v. Inman, 352 F.2d 954 (4th Cir. 1965)
5. 18 U.S.C. Section 3501

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of April, 2015, a copy of the foregoing Motion To Suppress Oral And Written Statements was filed via CM/ECF to:

P. Michael Cunningham, Esquire
Assistant United States Attorney
Office of the United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201

DAVID R. SOLOMON, ESQ.